**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DONTE ROLLINS, | : | No. 273 EAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| NINO TINARI AND AVA ROLLINS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.

　　Additionally, the Application of the Innocence Network and the Pennsylvania Innocence Project for Leave to File an Amici Curiae Brief is **GRANTED**.